# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SHAHID OMAR, ADC #136697                                                                PETITIONER

v.                                       NO. 5:12CV00050 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Shahid Omar's habeas corpus petition filed pursuant to 28 U.S.C. § 2254 is dismissed with prejudice. A certificate of appealability will not be issued.

IT IS SO ORDERED this 11th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE